*Decisions on Petitions for Writs of Certiorari from April 1, to June 10, 1912.*

No. 1020. CLARENCE DAYTON HILLMAN, PETITIONER, *v.* THE UNITED STATES. April 1, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Wade H. Ellis, Mr. T. F. Bevington* and *Mr. Abner H. Ferguson* for the petitioner. *The Attorney General* and *The Solicitor General* for the respondent.

---

No. 1024. EDWARD B. GOODMAN & COMPANY ET AL., PETITIONERS, *v.* THE UNITED STATES. April 1, 1912. Petition for a writ of certiorari to the United States Court of Customs Appeals denied. *Mr. Charles J. Kappler, Mr. Charles H. Merillat* and *Mr. Joseph S. Kammerlohr* for the petitioners. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Wemple* for the respondent.

---

No. 907. HANNAH L. ANDREWS, EXECUTRIX, ETC., PETITIONER. *v.* HARVEY K. PARTRIDGE, TRUSTEE, ETC. April 8, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit granted, and ordered that transcript on file herein stand as the return to the writ of certiorari. *Mr. Thomas E. French* and *Mr. Samuel H. Richards* for the petitioner. *Mr. Henry F. Stockwell* and *Mr. John D. McMullin* for the respondent.

---

No. 1010. SAMUEL LEWIS, PETITIONER, *v.* G. OLIVER FRICK, UNITED STATES IMMIGRATION INSPECTOR, ETC.